UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PETER ZANIEWSKI, WAYNE MALICKI,          :   CIVIL ACTION NO.:
SCOTT SALLERSON, KEVIN BOYCE,            :
CHRISTOPHER HEERSINK and MIGUEL VEGA :
individually and on behalf of other similarly :
situated Assistant Store Managers        :   3:11-cv-01535-CSH
         Plaintiffs,                     :
                                         :
v.                                       :
                                         :
PRRC, Inc., d/b/a Price Rite             :
         Defendant                       :   OCTOBER 15, 2012

ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT

The joint motion of the Parties for an order preliminarily approving a settlement and settlement class action came on for hearing on October 22, 2012. The Court has considered the Settlement Agreement (and its exhibits), the submissions of counsel, and all other papers filed in this action and heard arguments of counsel for the Parties. The matter having been submitted and good cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. All defined terms contained herein shall have the same meanings as set forth in the Settlement Agreement executed by the Parties and filed with this Court.

2. Plaintiffs and PRRC, Inc., through their counsel of record in the Litigation, have reached an agreement to settle all claims in the ASM Litigation.

3. The Court preliminarily finds that, solely for the purposes of approving this Settlement only and for no other purpose and with no other effect on the ASM Litigation, including no effect on the ASM Litigation should the Settlement Agreement not ultimately be approved or should the Effective Date not occur, the proposed State Settlement Classes meet each of the requirements for certification

1

under Rule 23 of the Federal Rules of Civil Procedure. This certification solely for settlement purposes shall not be construed to be an admission or determination as to the appropriateness of certification of any class or sub-class for any other purpose, in this Litigation or otherwise. The Federal Settlement Class was previously conditionally certified.

4. The Settlement Agreement is within the range of reasonableness and meets the requirements for preliminary approval.

5. The Parties have also presented to the Court for review a plan to provide notice to the proposed Settlement Classes of the terms of the Settlement and the options facing the Settlement Class Members. The Notice will be mailed to all Settlement Class Members at their last known addresses. The plan for sending the Notice as proposed by the Parties is the best practical plan under the circumstances.

6. The Settlement and Settlement Agreement are preliminary approved and the State Settlement Classes are preliminarily certified for settlement purposes only.

7. Notice of the proposed Settlement shall be given by mailing the Notice of Settlement by first class, postage prepaid, to all Settlement Class Members pursuant to the applicable provisions in the Settlement Agreement.

8. Plaintiffs' counsel of record in this matter are appointed as Settlement Class Counsel for the proposed Settlement Classes and Richard E. Hayber is appointed Lead Class Counsel.

9. Peter Zaniewski, Wayne Malicki, Kevin Boyce, Christopher Heersink, Scott Sallerson and Miguel Vega are appointed as the Settlement Class Representatives for the proposed settlement classes.

Case 3:11-cv-01535-CSH   Document 118   Filed 10/22/12   Page 3 of 5
Case 3:11-cv-01535-CSH   Document 115-3   Filed 10/16/12   Page 20 of 27

EXHIBIT B

10. Defendant is authorized to retain a Claims Administrator in accordance with the Agreement.

11. A fairness hearing shall be held before this Court on ~~F~~ebruary 1, 2013, at 10:00 a.m./~~p.m.~~ to consider whether the Settlement should be given final approval by the Court: *[initialed CMA]*

    (a) Written objections by Settlement Class Members to the proposed Settlement will be considered if received by the Court, on or before the objection deadline described in the Agreement;

    (b) At the Fairness Hearing, Settlement Class Members may be heard orally in support of the Settlement, or in opposition to the Settlement provided they submitted a timely written objection in advance;

    (c) Settlement Class Counsel and counsel for Defendant PRRC, Inc. should be prepared at the hearing to respond to objections filed by Settlement Class Members and to provide other information as appropriate, bearing on whether or not the Settlement should be approved.

    (d) Settlement Class Counsel should be prepared at the hearing to address any petitions for Attorneys' Fees and Lawsuit Costs and Incentive Awards that have been filed in accordance with the Agreement.

    (e) Counsel for Defendant PRRC, Inc. should be prepared at the hearing to address any petitions for Administration Costs pursuant to the Agreement.

12. The Court, pursuant to and consistent with its authority under the All Writs Act, 28 U.S.C. § 1651(a), enjoins all Settlement Class Members, as defined in the Settlement Agreement, from initiating, continuing, or proceeding with lawsuits asserting Wage

and Hour Claims, as defined in the Settlement Agreement, against Defendant PRRC, Inc. on behalf of any class or collective of Assistant Store Managers until such time as final approval of the settlement is entered by the Court.

13. In the event that the Effective Date occurs, the Settlement Class Representatives and all Participating Settlement Class Members will be deemed to have forever released and discharged the Released Federal Law Claims and Released State Law Claims as provided in the Settlement Agreement.

14. In the event that the Effective Date does not occur for any reason whatsoever, this Order and the Settlement shall be deemed null and void and shall have no effect whatsoever in the ASM Litigation or in any other litigation proceeding, except to the extent that it obligates the Parties to take steps to return the ASM Litigation to the status quo preceding the Parties' Settlement or to maintain confidentiality.

EXHIBIT B

IT IS SO ORDERED.

Dated: OCTOBER 22, 2012

/s/ Charles S. Haight, Jr.
Honorable Charles S. Haight, Jr.
Senior United States District Judge

13406702.1 (OGLETREE)