UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER ZANIEWSKI, WAYNE MALICKI, | : | CIVIL ACTION NO.: |
| SCOTT SALLERSON, KEVIN BOYCE, | : | |
| CHRISTOPHER HEERSINK and MIGUEL VEGA | : | |
| individually and on behalf of other similarly | : | |
| situated Assistant Store Managers | : | 3:11-CV-01535-CSH |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| PRRC, Inc., d/b/a Price Rite | : | |
| Defendant | : | JANUARY 30, 2013 |

## JOINT MOTION FOR FINAL
## APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs, Peter Zaniewski, Wayne Malicki, Scott Sallerson, Kevin Boyce, Christopher Heersink and Miguel Vega (collectively "Plaintiffs"), and Defendant PRRC, Inc., d/b/a Price Rite ("PRRC" or "Defendant"), hereby jointly move the Court for final approval of the parties' class action settlement. Specifically, the parties jointly and respectfully request that the Court:

(a) grant final approval of the class action settlement agreement, a copy of which was filed with the Joint Motion for Preliminary Approval of Class Action Settlement as Exhibit A ("Settlement Agreement); (b) for settlement purposes only, certify Fed.R.Civ.P. 23 settlement classes as to the Connecticut, New York, Massachusetts and Pennsylvania state law claims; (c) for settlement purposes only, grant final certification of this action as a collective action pursuant to 29 U.S.C. §216(b) with regard to each person who has opted-in to this proceeding and has not been dismissed from the proceeding; (d) appoint Peter Zaniewski, Wayne Malicki, Kevin Boyce, Christopher Heersink, Scott Sallerson and Miguel Vega as the class representatives for the settlement classes; (e) appoint Plaintiffs' counsel of record in this matter as class counsel and Richard E. Hayber as lead class counsel for the settlement classes; (f) authorize Defendant to

retain Dahl Consulting as Claims Administrator; (g) order payments to the settlement classes in accordance with the Settlement Agreement; (h) make permanent the injunction enjoining, pursuant to the All Writs Act, 28 U.S.C. § 1651(a), all settlement class members from initiating, continuing, or proceeding with lawsuits asserting wage and hour claims against Defendant on behalf of any class or collective of assistant store managers; (i) order the claims of all settlement class members settled and released; (j) grant Plaintiffs' counsel's Application for Fees and Costs; (k) grant Plaintiffs' Motion for Payment of Incentive Awards; and (l) dismiss this action with prejudice and without fees or costs except as specified in the Settlement Agreement.

The parties make this motion on the grounds that the settlement is fair, adequate, reasonable and just, there exists a bona fide dispute as to the merits of the claims asserted, and the classes sought to be certified for settlement purposes are appropriate pursuant to Fed.R.Civ.P. 23 and 29 U.S.C. §216(b).

A Memorandum of Law in Support of this Motion, including the declaration of counsel in support of the Motion, is filed concurrently herewith. The parties further rely upon the declarations of counsel previously filed with the Court in conjunction with their Motion for Preliminary Approval, the arguments set forth in their Memorandum of Law in Support of their Motion for Preliminary Approval, Plaintiffs' Motion for Incentive Awards, and Plaintiffs' Counsel's Application for Award of Attorneys' Fees.

WHEREFORE, the parties jointly request that their Motion be granted and that the Court enter the proposed Order filed concurrently with this Motion.

Respectfully Submitted,

Dated:  January 30, 2013          *HAYBER LAW FIRM, LLC*

By: /s/ Richard E.Hayber
Richard E. Hayber *(ct 11629)*
rhayber@hayberlawfirm.com

Attorneys for Plaintiffs

221 Main Street, Suite 502
Hartford, CT  06106
Phone:  (860) 522-8888
Fax:     (860) 218-9555


*THE QUINN LAW FIRM*

By: /s/ Anthony J. Pantuso
Anthony J. Pantuso, III
apantuso@quinn-lawfirm.com

Attorneys for Plaintiffs

204 S. Broad St.
Milford, CT 06460
Phone:  203-877-5400
Fax:     203-877-5416


Dated:  January 30, 2013          *OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.*

By: /s/ Danuta B. Panich
Danuta B. Panich (Admitted Pro Hac Vice)
danuta.panich@ogletreedeakins.com

111 Monument Circle, Suite 4600
Indianapolis, IN 46204
Phone: 317-916-2168
Fax:    317-916-9076

Sharon P. Margello (Admitted Pro Hac Vice)
sharon.margello@ogletreedeakins.com
Mark Diana (Admitted Pro Hac Vice)
mark.diana@ogletreedeakins.com

10 Madison Ave., Suite 400

3

        Morristown, NJ 07960
        Telephone:  973.656.1600
        Facsimile:  973.6561611

        Jay F. Glunt (Admitted Pro Hac Vice)
        jay.glunt@ogletreedeakins.com

        One PPG Place, Suite 1900
        Pittsburgh, PA 15222
        Telephone:  412.394.3339
        Facsimile:  412.246.0146

        Stephen W. Aronson (ct 02216)
        ROBINSON & COLE LLP
        280 Trumbull Street
        Hartford, CT 06103-3597
        Telephone:  860.275.8200
        Facsimile:  860.275.8299
        saronson@RC.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on **January 30, 2013,** a copy of the instant **Joint Motion for Final Approval of Class Action Settlement** was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Danuta B. Panich*
Danuta B. Panich

14235709.1 (OGLETREE)